RECEIVED
FEB 21 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

__WESTERN__ DIVISION

Robert Eugene )
Dockery_____)
_____)
(Enter above the full name
of the Plaintiff[s] in this
action).

vs.

Army Air Force Exchange Service
ATTN: EEODI_____)
3911 South Walton Walker Blvd
Dallas, TX 75236-0059____)
(Enter above the full name of
ALL Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of all the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

Case No. 5:19-cv-50-BO
(To be assigned
by the Clerk of
District Court)

## COMPLAINT

1. Plaintiff resides at Robert E Dockery
An der Glashuette 18, 95643 Tirschenreuth
Germany

2. Defendant(s) name(s): Army Air Force Exchange Service
3911 South Walton Walker Blvd
Dallas, TX 75236-0059

1

Location of principal office(s) of the named defendant(s):

3911 South Walton Walker Blvd
Dallas, TX 75236-0059

Nature of defendant(s) business: Supporting the Military personnel

Approximate number of individuals employed by defendant:

1,000 personnel plus

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

4. The acts complained of in this suit concern:

    (A) _____ Failure to employ me.

    (B) __X___ Termination of my employment.

    (C) _____ Failure to promote me.

    (D) __X___ Other acts as specified below:

This Agent is also under the Civil Rights Act. This Agent is also in violation of The American Disability Act and the Human Rights

5. Plaintiff is:

   (A) \_\_\_ presently employed by the defendant.

   (B) _X_ not presently employed by the defendant.

   The dates of employment were January 2007 until June 2013

   Employment was terminated because:

   (1) _X_ plaintiff was discharged.

   (2) \_\_\_ plaintiff was laid off.

   (3) \_\_\_ plaintiff left job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   (A) _X_ my race.

   (B) \_\_\_ my religion.

   (C) \_\_\_ my sex.

   (D) _X_ my national origin.

   (E) _X_ other as specified below:

   I was discriminated from January 2013 until June 2013.

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

   Carpenter, Carlton E.
   GEN MGR; General Manager

   Giavelli, Judith M.
   Human Resources Manager

3

8. The alleged discrimination occurred on or about January 2013 until April 2013.

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:

Management knew that the hostile working environment was there. This is more personal business than the law. See attachments 1-6.

10. The alleged illegal activity took place at: Burger King, Vilseck, Germany

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about 23 October 2015. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on _____ December 2016 or February 2015

4

12. I seek the following relief:

    (A) __✓__ recovery of back pay;

    (B) __✓__ reinstatement to my former job;

    (C) __✓__ trial by jury on all issues so triable;

    and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

    February 1, 2019
    ---------------
    Date

    _Robert Janka_
    ---------------
    Signature of Plaintiff

    An der Glashuette 18
    95643 Tirschenreuth
    Germany
    ---------------
    Address and Phone Number of Plaintiff

    Phone Number:
    001-9631-707553

5

