UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT DOCKERY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | 5:19-CV-50-BO |
| ARMY AIR FORCE EXCHANGE SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on the memorandum and recommendation by United States Magistrate Judge Robert T. Numbers, II. [DE 4]. On April 15, 2019, Judge Numbers recommended that plaintiff be permitted to proceed *in forma pauperis* but that his claims be dismissed. *Id.* No objections to the M&R have been filed and the matter is ripe for review.

**IT IS ORDERED, ADJUDGED AND DECREED** The memorandum and recommendation of Magistrate Judge Numbers is ADOPTED and plaintiffs complaint is DISMISSED.

This case is closed.

**This judgment filed and entered on May 6, 2019, and served on:**
Robert Dockery (via CM/ECF Notice of Electronic Filing)

May 6, 2019

PETER A. MOORE, JR., CLERK

  /s/Lindsay Stouch
By: Deputy Clerk