FILED: January 2, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1846
(5:19-cv-00050-BO)

_____

ROBERT E. DOCKERY

    Plaintiff - Appellant

v.

ARMY & AIR FORCE EXCHANGE SERVICE

    Defendant - Appellee

_____

JUDGMENT

_____

In accordance with the decision of this court, this appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK